UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NIKI L CANTRELL,<br><br>                Plaintiff,<br>   v.<br><br>WFG NATIONAL TITLE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. 3:22-cv-05664-DGE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

      On January 6, 2023, the Parties filed a Stipulation of Dismissal (Dkt. No. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss the above captioned action without prejudice.  Accordingly, the action is DISMISSED without prejudice.

      Dated this 26th day of January, 2023.

                                                  David G. Estudillo
                                                  United States District Judge